Jerome J. Patelunas, II

~~Debtor~~

Pro Se

Case 5:15-BK-00593 JJT

Ch. 13

## List of Creditors

1) HSN
P.O. Box 9090
Clearwater, Fla. 33758-9090
Acct # 697378669
Amt $ 533.60

2) PS Consumer Portfolio Serv.
P.O. Box 57071
Irvine Ca. 92619
800-342-9245
Acct # 0010653095
Amt: $

3) IRS
P.O. Box 9052
Andover, MD 01810
Acct # 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
Amt: 13,117.02

FILED WILKES-BARRE, PA 2015 MAR 13 PM 4:32 CLERK U.S. BANKRUPTCY COURT

Case 5:15-BK-00593-JJT

RAB Inc
Springleaf
P.O. Box 34111
Memphis, TN 35184
Acct # D-1-1266237
Amt  8824.04

PP&L Electric
527 Hausman Rd
Allentown, PA 18104
1800-342-5775
Amt   4122.52

American Water
P.O. Box 371412
Pittsburgh, PA 15250
Acct # 24-2013229-8
Amt #  2058.07

7) Penn Amer Water

   Acct 24-2267125-1
   Amt 231.02


8) PP&L
   2 N. 9th St
   Allentown, Pa 18101
   Acct# 96471-23063
   Amt: 404.51


9) Comcast
   P.O. Box 3006
   Southeastern, Pa 19398
   Acct# 01603-422299-03-4
   Amt 1479.57

10) Asset Mgt West
   18831 Von Karmen, Suite 380
   Irvine, Ca 92612
   866-572-7786
   Loan# 15-10-1496
   Amt: 91,977.79

Case:
5:15-BK-00593-JJT
Ch 13

CACU
9777 Ridge Dr.
Leneya, KS 66219
Acct # 114 2148 862
Amt $30,000


Comm of PA Housing & Finance
P.O. Box 90128
Harrisburg, PA 17109
717-236-7666
Acct # 408 9517
Amt 15257.31

PNC Bank
LHR Inc
56 Main St
Hamburg, NY 14075
Acct # 560 7917336
Amt 510.63

Penn Credit
PA Dept of Rev
P.O. Box 1259 Dept 91047
Oaks, PA 19456
Acct # 67386310
Amt $1699.36

5) LLVSA
398 Coxton Rd
Duryea, Pa 18642
Acct # 6140306438
Amt ~~$~~ 300.00

6) Laflin Borough
Laflin Rd
Laflin, Pa 18702
Amt: 2000.00

7) Luzerne County Taxes
County Courthouse
Wilkes Barre, Pa
Amt. ≈ 5,000   10,000

8) Luzerne Cty Probation
Wilkes Barre, Pa
Amt: ≈ 5000.00

p.6

U haul Inc
c/o Michelle K Walters, Esq
U Haul International, Inc
2727 N. Central Ave
5th Fl.
Pheonix, AZ 87074

Case: 01-15-0002-6536

≈ 5,000.00

Case
5:15-BK-00593-JJT